The next case today is Adekunle Oluwabu Maui and Adeyanju v. Merrick Garland, Appeal No. 21-1045. Attorney Kim, please introduce yourself for the record and proceed with your argument. Good afternoon, Your Honors. May it please the Court, Seng Yeop Kim for Petitioner. Your Honor, if I may, I'd like to reserve one minute for rebuttal. Yes. Thank you. Under the regulation, the BIA is not permitted to engage in fact-finding. What it can do is review the IJ's fact-finding under a clear error standard. Government does not dispute that BIA failed to apply the clear error standard, but what government argues is that BIA was permitted to re-assess the evidence and come up with different conclusions than IJ's. That is not permissible, and I can provide three examples for that error. The first issue is purported indicia of immigration fraud. The BIA found placed this issue as a negative factor, and for that conclusion, the BIA explained as an example that petitioner inaccurately claimed that he was engaged to a woman in his country. That is completely opposite to what the IJ found. IJ said after considering petitioner's credible testimony, petitioner's explanation about the visa application was reasonable. So what the BIA must have done was accept that reasoning and that factual conclusion as true or apply the clear error standard to reverse the IJ's fact-finding if the record supports that standard, but that is not what the BIA did. The same problem is present with the purported dishonesty. The IJ's decision is completely silent on dishonesty, more precisely whether petitioner was dishonest to the police in the pending criminal case. If the fact-finding is absent, then BIA must state why the IJ's failure to consider that portion of evidence is a clear error, and even assuming that that's a clear error, BIA must send the case back to the IJ to address that issue for the first instance, but BIA didn't either. The BIA engaged in fact-finding as indicative of bad character, and also BIA used that conclusion for ultimate denial of a justice status as a serious negative factor. Mr. Kim, before you go on to point three, let me ask you about dishonesty. If the record contains the police report where he initially denied having any sexual contact with this person and then the record also contains the police report that says that his DNA was found within her vaginal cavity, so there's that evidence on the record, so you're saying that at best the BIA could only have said that the IJ clearly erred because other evidence in the record clearly supports a different outcome on the issue of dishonesty and credibility? Your Honor, yes and no. So the BIA must, number one, state that failure to consider that portion of evidence was clearly erroneous. Number two, if the BIA believes that that absence is material to the issue that BIA relied on, for example, the credibility issue, then BIA must send the case back to the IJ to address that issue for the first instance. But are you saying that if the record is so clear, we can't infer what the BIA was doing? No, Your Honor, because not all information contained in the police report is true. That is what the FactFinder does. I'm not saying police officers lied, but the purpose of having FactFinder is to assess all evidence, including the testimony and comparing that testimony with information contained in other evidence and come up with a factual conclusion. But the transcript shows that no one raised that issue, not even the Attorney for the Department of Homeland Security, and IJ did not examine that issue. So at minimum, BIA must... Five minutes remaining, five minutes. Thank you. Can I interject a question here, counsel? Yes, Judge Hawkins, yes. This ordinarily is a determination left to the discretion of the agency, and we ordinarily don't engage in review of such determinations. If that's correct, isn't it your client's remedy to move the BIA to reopen? And hasn't he, in fact... Doesn't he, in fact, have such a motion pending right now? Yes, Your Honor, he has a motion to reconsider and reopen pending before the BIA, which has not been adjudicated yet. But putting that motion aside, this court can still grant a petition of review in this case and address whether BIA failed to apply the proper standard in reviewing the IJ's fact-finding, as well as the I-751 waiver application, which was the alternative relief for petitioner, whether BIA's failure to consider that portion of the relief, whether this court should instruct the BIA to send this case back to the IJ to consider... Why should we forgive what appears to be a failure to exhaust administrative remedies with the agency itself? Your Honor, the procedure posture is a little bit unusual. Ordinarily, the IJ denies relief, and non-citizen appeals that decision to the BIA. That's where non-citizens raise all the issues that satisfy the exhaustion requirement. Here, IJ granted the petitioner's relief, and it was the Department of Homeland Security that appealed that decision to the BIA. Therefore, it's unclear under the law whether petitioner is required to exhaust, specifically to remand the case back to the IJ for the consideration of I-751 waiver. At minimum, BIA was aware of this relief, as reflected in footnote 3, that this application was pending. Even if there's the lack of clarity you're describing, how can it be that the BIA is obliged to do that even when not asked to do so? We believe that BIA should have at least provided a notice and opportunity to the non-citizen to determine, at minimum, to address whether he was abandoned. I agree with that, but is that true even when it's not asked for? We believe that if the BIA was aware of that relief, and BIA is so sure, the record does not reflect that he has not abandoned that relief. I guess that's what I'm saying. If there's no request to do that, how can it be error for the BIA not to do it? You're saying they have a duty to do it even when there's no request that it be done? Yes, Your Honor. What's the authority for that? Is there any authority for that proposition? At minimum, the due process requires the basic notice and opportunity to be heard. But there would be a notice and opportunity because he could have asked for it. Or is the idea that it was so unclear he couldn't have known to ask for it, but it was clear enough to the BIA that they should have known to have done it? We concede the petitioner did not specifically request for the remand. But if the court is inclined to not address that issue, we at least ask the court to instruct the BIA to consider that relief at minimum. It's a footnote. Or this court can refer that issue to the motion to reconsider and reopen and defer to the BIA to address that issue in the pending motion. Now, let me move on to the examples where the BIA committed legal error. For example, the BIA found that petitioner's behavior was not confined to five to six years ago, which was what IJ found. And it appears that BIA applied some sort of standard because BIA stated that IJ's conclusion was erroneous. But the problem was the level of the certainty was not sufficient to satisfy the clear error standards. This clear error standard is the same standard this court applies to review this report's finding. Can I ask you about that? Here's what seems a little strange to me. I think a lot turns on the word similar, whether the conduct that occurred after the five-year period is similar to the conduct that occurred before. Is that a factual conclusion? Because I would have thought the word similar requires some comparison with respect to something. And the something that would drive the comparison is the legal requirement of it being a negative equity. So why wouldn't the analysis there really just be a legal conclusion about whether it's relevant to the negative equity? You treat it as if it's just a factual judgment. But it's not a question of what happened when. It's a question of what is the nature of the thing that happened with respect to the negative equity element. That just seems like a pure legal question, or at least a mixed one. So why would there have to be clear error for that? Right. And in this case, that's a fact-finding. That's time. If you want to clarify. Yes, please answer. In the transcript, the Department of Homeland Security Council actually raised a claim to link the previous behavior with a pending criminal case and made a closing argument that his behavior has continued. And finally, this is at the criminal level. And I did specifically not do that. And that's where the characterization of the evidence comes in. I did assess the evidence. But what I'm saying is the way the assessment occurred here was not nothing happened. It was that, yes, the things you said happened after did happen, and the things that you said happened before did happen. I don't regard them as, quote, similar. The conclusion that they're reversing is the conclusion that those two things are not similar. But that's an evaluative judgment guided by the requirement of what is a negative equity. That seems to me just a mixed law fact question as to whether the things after, conceding that they occurred, are relevant to the negative equity judgment. And I don't see how the BIA is bound by the IJ's view that they're not. It might be bound by their view that they didn't happen. But as to whether they are similar for purposes of negative equity, that seems to me just like a mixed question. I understand, Your Honor, but at least from petitioner's perspective, the mixed question of law has to have undisputed facts. And I do not think this is— It does have undisputed facts. There's no dispute as to what occurred after and before. But the linkage between the pending criminal case with previous behavior is very different, having—viewing each event separately. And that's what the BIA did, is linking and copying the Department of Homeland Security position and connecting the previous behavior with the pending criminal case. And thus, this behavior was not confined five, six years ago and has led to this criminal level. Therefore, this is a very serious negative factor. So what the BIA did, even though it's subtle, it exceeded its authority. And it was not giving the weight based on the fact-finding made by the IJ. That's the petitioner's position. So just to flesh this out a little bit more, your position is that the BIA's determination of similarity is in and of itself a separate factual determination? That's correct, Your Honor. Because it is a characterization of linking and re-inference from one evidence with another one. And in this case, this was this positive portion for the BIA to deny the adjustment of status. All right. Any additional questions? All right. Thank you, Counselor. Thank you. Thank you. Please mute your audio and video at this time. And would Attorney Corliss please reintroduce herself on the record? May it please the Court, Lizzie Corliss for the respondent. This court should dismiss the petition for review. The board reviews the immigration judge's discretionary determinations to no vote. This court doesn't have any jurisdiction over the agency's discretionary determinations, except to the extent that the petitioner is raising legal or constitutional issues. Now, in this case, he's ostensibly raising two such issues, but neither one of them is sufficient to revoke this court's jurisdiction, and I'll explain why. All right. So the first argument that he's making is that the board was required to remand his case without being asked to the immigration judge because he had a pending I-751 waiver application at USCIS. However, he never exhausted that argument before the agency, and he did have opportunities to do so. If you look on the record at page 131 and 132, that is where Petitioner's Counsel is discussing scheduling the merits hearing with the immigration judge. And at that time, the immigration judge discusses the fact that this is still pending with the agency, and he asks the parties what their positions are on scheduling the merits hearing for that February, even though it's still pending with USCIS. And Petitioner's Counsel responds at that point that the quotation is that it would be in his client's best interest to schedule the proceeding, even though that application is still pending with USCIS. He had a second opportunity to ask for counsel. Counselor, assuming that was not a particularly strong argument for the petitioner, could you get on to the other argument about an incorrect application of the legal standard? Yes, yes, of course. Okay, so the board was reviewing the discretionary determination of the IJ de novo. It was not reversing the immigration judge's facts, and you can see the facts that the board relied on and that the board thought were significant are there in the immigration judge's decision. The two main facts that the board found were particularly important were the indicia of a prior immigration fraud with the merits fraud application. The board did not state that the immigration fraud was the visa waiver application. They were talking about the merits fraud. And they also stated that that pattern of behavior with women and girls was also a problematic negative factor. So those were the two factors that the board relied on. So did the IJ find that there was indicia of marriage fraud? Yes, he did. On pages 78 and 79 of the record, the immigration judge first states that the evidence is inconclusive. Then he talks about some of the negative aspects of that and why he doesn't think they're so important. In the last line of 78 going on to 79, page 79 in the record, he explicitly states that there is some evidence in there that might tend to show that there's marriage fraud. And then he ends his paragraph on page 79 as, again, that that evidence is inconclusive. So his whole paragraph is discussing that indicia and saying it's not important to my discretionary determination. Well, can it be that – I guess I'm not following. Is your position that the BIA could take the view that inconclusive evidence of something is a negative equity? Yes. Yes, they can – the board is saying that – Could they take the view that no evidence of something is a negative equity? I think it would depend on what the – I mean, no evidence that someone is – There's no evidence of marriage fraud.  You couldn't do that. I'm sorry. The BIA could not say there is no evidence of marriage fraud, therefore it's a negative equity. I mean, I suppose that they probably wouldn't do that. But we have an immigration judge who is discussing that there is evidence in the record that he does not think proves anything. Now, the board – Well, isn't that a factual determination? Well, sure, that's a factual determination that the board accepts. It can't accept it and at the same time rely on it as a negative. It does, though. It states that – Well, we know it does. And you have the burden of showing that you narrated this. You had the burden to show that you didn't commit marriage fraud. You had the burden to show that what you did – But the IJ concluded it was inconclusive. Yes. Meaning there was not enough evidence to support the conclusion that there was marriage fraud. And the board does not disturb that decision. You can see in the board's decision they never go so far as to say that the petitioner committed marriage fraud. Well, how is that different from what Judge Barron just asked? Well, so I guess I just – So it seems as though what you're saying – I think that where I was caught on your question, Your Honor, was that it was inherently implausible that they would say there's absolutely no marriage fraud. That's negative equity. However, I – So I think that they have – The problem is this – It might be illegal over there if you're – The BIA – But – The thing that concerns me – Counselor, may I answer that? The thing that concerns you about your position is you're saying – The BIA wrote an opinion that says, I looked into whether there was marriage fraud. You point to some evidence that it was fraudulent. But there's a lot of evidence showing that it's not. So I can't decide whether there was. Right. Your view would be the BIA then could say, we agree with that assessment that the balance of the evidence does not demonstrate to the standard of proof that we require to show a negative equity that there was marriage fraud. Nonetheless, we conclude that it's a negative equity. Well, the immigration judge didn't come to the conclusion that he did not commit marriage fraud. To establish a negative equity, is there a burden of any kind? How much of a burden does there have to be for something to count as a negative equity? I guess that's what's underlying this discussion. Well, the petitioner has the burden to show that he merits a discretionary grant. I understand that. For something to count as a negative equity, is there – You're saying any evidence of anything problematic, even if it's just 5% and 95% makes it look good, can count as a negative equity. Yes. Is that your view? Yes. Okay. Because if it is his burden to prove it, and he hasn't proven that he did not commit marriage fraud, he hasn't shown that this was a negative marriage. We're reviewing the determination by the BIA that there was a negative equity. Right. Does the BIA have any burden to support that with substantial evidence? Well, they do cite the aspects of his application that were problematic. They mentioned that he only lived with his partner for a couple months, that he had a child with his current wife during that marriage, that when he first came here, he was supposedly engaged to someone else, then he immediately was looking for someone to date or marry in the United States. They married very quickly. Then during their marriage, he was repeatedly cited for inappropriate behaviors with girls and other women. I see. So the way you want to frame it is that was the quantum of evidence in the record substantial enough to support the legal conclusion that it was a negative equity? And if that's what the BIA was doing, then it's not reversing the IJ on a factual finding. It's just making its own legal judgment that's supported by substantial evidence, taking as true all the facts in the record. I would agree with that, except that I would say it's a judgment question rather than a legal question. It's a discretionary decision rather than a legal decision. Whether something's a negative equity is not reviewable by us? It's a question of discretion. The board denied this as a matter of discretion solely. There's no legal constraints on what it can count as a negative equity? There are some examples of things that it can. There's been a recent case that talked about some things that they have to consider, like some equities that they do have to consider. They have to consider a person's personal hardship, that kind of equity. So there are things that the board—the board's not allowed to ignore evidence. The board needs to address the evidence that it has before it. But the board ultimately can use its own judgment to determine whether or not someone merits granting adjustment of status. And that, at the end of the day, is a discretionary judgment. And in this case, the board was very careful to use the immigration judge's facts. You see that there's a lot of argument about whether or not they found—the board found that he was dishonest. But I note that the board was careful to not say that he was dishonest during his immigration proceedings. They accepted that he was credible during his proceedings in front of the immigration judge. And then they cite back to the immigration judge's decision—page 6 of the—it's the last page of the immigration judge's decision— where he says, I don't find the current pending charges that significant because he's pleading— because he admitted the sexual contact with the victim and because he's pleading that it was consensual. So the board then is saying, we disagree with the immigration judge's judgment about that fact— about how important that honesty in immigration court is. We disagree with how important that credibility finding was in the ultimate discretionary judgment. And so that's when they say, that wasn't enough for us. It's not as persuasive to us as it was to the immigration judge that he was honest in immigration court because there was a history of not being honest about that same fact. So they did accept all of the facts of the immigration judge, but they explained why it was that they differed from the immigration judge not on facts but on judgment about whether or not this person merited discretionary relief. Can I ask it one other way? Yes. Is the question of whether marriage fraud occurred, in your view, a factual question or not? Whether it occurred is. And had the board said, the weight of the evidence shows us that he committed marriage fraud, that would be a reversible error. That's fine. Go ahead. Finish your answer. So if the board had said that the evidence shows that this person committed marriage fraud, we would have to say this needs to be remanded, that was improper fact-finding, it has to go back to the immigration judge. But what the board said was, we're taking all of these facts that the immigration judge found. The immigration judge found the problems in all of these applications. He spent two pages talking about discussing those problems. And we're finding that even though you thought those problems weren't significant, we do find them significant as a matter of discretion in our judgment. But the BIA said that the record reflected an indicia of marriage fraud. How is that different from a finding of marriage fraud? Whereas the IJ said that the evidence was inconclusive. It seems to be just the opposite. I mean, indicia to me says that there's evidence of it, something that indicates that there could have been marriage fraud. There's no finding that there was marriage fraud. Indicia means indicative of. Right. I understand. That would be my understanding also. It just seems to contradict what the IJ said about the evidence of marriage fraud being inconclusive. Or to put it a little differently, it seems to me that what the IJ said is that there wasn't sufficient indicia of marriage fraud. I know that I'm just about out of time. But if I could just read from the immigration judge's decision, that one last sentence about where he specifically acknowledges that there is some evidence that is indicative of fraud. He says the last sentence on page 78 is, while there is some evidence of fraud in the previous marriage in the notice of intent, the court finds other evidence extraneous to the notice of intent. And then he goes on to say he finds this other evidence to be more persuasive. See, I guess what's bothering me is I can see why the board would be able to say on that record there's no basis for finding his marriage to be a positive equity. But what concerns me is that they relied on it for the idea it's a negative equity. Not just this is part of why he doesn't meet his burden, this is an affirmative negative for him when we weigh the positive equities. I don't quite understand why just some evidence of something that might not be true could count as a negative equity as opposed to simply an absence of evidence for a positive equity. Aren't I right that the IJ here was weighing positives and negatives and counted this as a negative? So by way of showing that that is something that is accepted and that is regularly done, so police reports are regularly used in making discretionary determinations. Now, a police report is not going to be enough to say necessarily that somebody did something or didn't, and they don't have to make that conclusion. So there's just something out there that tends to imply that something has occurred that was negative, and they're allowed to use that when they're using their judgment. So it doesn't have to be something that's absolutely proven. It doesn't have to be a fact that they found. It just is something that causes some doubt that creates a reason for them in their judgment to find that he hasn't shown that he merits this relief. I do see that my time is up. So unless the court has more questions, I'll just ask the court to dismiss the petition. Thank you. Thank you, Attorney Corliss. Please mute your device at this time. Attorney Kim, if you could reintroduce yourself on the record to begin your one-minute rebuttal. Good afternoon again, Your Honor. May it please the court. Sang-Yup Kim for petitioner. I'm just going to be very brief in this rebuttal time. The purpose of requiring the BIA to apply the clear error standard is because it's not only about the regulation, but because BIA is not in a position to assess the evidence. That evidence includes it's not only about the paperwork, but it's also about assessing the witness's testimony explanation, the discrepancy between the information contained in the other. But I understood what the government seems to be saying is let's say the IJ says it's a close case as to whether there's fraud. I can't tell. That shouldn't weigh against them. What's wrong with the BIA saying we agree it's a close case on marriage fraud? We can't tell. It should weigh against them. It cannot in this case, Your Honor, because that's not how the IJ described its reasoning. So IJ assessed the evidence, and IJ found that there's some information about this purported marriage fraud. But nonetheless, I do not find this issue as a negative. And that's reflected in the last case. I know, but I just want you to answer my question. I take the government's position to be that that's not a dispute about what the facts show. It's agreement on the facts. It's a dispute about whether those facts, inconclusive as they are, may support the finding of a negative equity. It cannot, because that would permit the BIA to re-litigate the case, re-assess the entire evidence, as long as the IJ discussed that evidence for the first instance. But the IJ determined that there was an affidavit from the wife in this, let's call it the suspected marriage, saying that it was fraudulent. And the IJ found that, and the BIA relied upon that. What's wrong with that? That's not actually what the IJ said, Your Honor. The IJ said the petitioner's former spouse's letter was significant. That outweighed that, and based on that assessment, the IJ found that the evidence was inconclusive. And also, the IJ also found on page four, with respect to the immigration fraud issue, I'm just going to quote, the court does not find that fraud issue. So the BIA just cannot re-assess the evidence. That's time. Your Honor, if I may just finish the sentence. Yes, please. And re-assess the evidence and say that there was indicia of immigration fraud, when the IJ did not do so. Thank you. Any other questions? Just one. Is there anything that would guide us on whether there are legal limits on what the BIA can count as a negative equity? I do not believe there is specific guideline or rigid test. I believe that goes to really the discretion of authority, as long as the BIA accepts IJ's finding as true, unless they apply the clear error standard to reverse that finding. So BIA has the power under judgment, under the statute, to give different weight to the equity, as long as they are bound by the IJ's fact finding. And in this case, that's not what happened. The BIA exited its authority and went into the underlying evidence. Re-assess the evidence and come up with different factual conclusion. And use that different factual conclusion to deny adjustment of steps. Thank you. Thank you, Your Honor. That concludes the arguments in this case. Attorney Kim and Attorney Corliss, you should disconnect from the hearing at this time.